

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD STANLEY | CIVIL ACTION |
| vs. | |
| SUPERINTENDENT SHANNON, et al. | NO. 07-1840 |

## ORDER

**AND NOW**, this 16th day of August, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, a review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and consideration of Petitioner's objections thereto, it is **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **DENIED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a wit of habeas corpus is **DISMISSED** with prejudice.

4. There is probable cause to issue a certificate of appealability.

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
ROBERT F. KELLY,    Sr. J.